# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| CAROL EDWARDS, an individual.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ATOS, a business entity, form unknown; and DOES 1 through 20, inclusive.<br><br>　　　　　Defendants. | Case No. 8:21-cv-00346 CJC (DFMx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION AS TO ALL PARTIES**<br><br>Complaint Filed:　December 30, 2020<br>Trial Date:　　　　August 1, 2022<br>District Judge:　　Hon. Cormac J. Carney<br>Magistrate Judge:　Hon. Douglas F. McCormick |

1  Proposed Order
Re Stipulation Re

Pursuant to the Stipulation Re: Dismissal of Entire Action as to All Parties under Federal Rule of Civil Procedure Section 41(a), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE, as to all claims, causes of action, and parties, which each bearing their own attorneys' fees and costs. The clerk is directed to close file.

Dated: October 26, 2021

_____
Hon. Cormac J. Carney
United States District Judge